# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 2009-009 |
| v. | ) | |
| | ) | |
| COURTNEY JACKSON | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

FINCH, SENIOR JUDGE

THIS MATTER comes before the Court on Defendant's Motion to Suppress filed on July 31, 2009. After consideration and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Suppress is **DENIED**.

**ENTERED this 2nd day of October, 2009.**

                                                /s/
                                    **HONORABLE RAYMOND L. FINCH**
                                    **SENIOR U.S. DISTRICT JUDGE**